UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

AZEEM ARIF

Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 253 ( NSR )

Defendant _____AZEEM ARIF_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Plea Hearing

_/s/ Azeem Arif_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Azeem Arif_____
Print Defendant's Name

_/s/ Kerry A. Lawrence_____
Defendant's Counsel's Signature

_Kerry Lawrence_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_5/14/20_____
Date

_/s/_____
U.S. District Judge/U.S. Magistrate Judge