UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,

                            Plaintiff,                      **MEMORANDUM**

      -against-                                     20 Cr. 253 (NSR)

AZEEM ARIF,

                            Defendant.
-------------------------------------------------------------x

TO: Nelson S. Roman, United States District Judge:

      Please find attached a transcript of the May 14, 2020 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: May 22, 2020
       White Plains, New York

                                                       Respectfully Submitted,

                                                        s/ Paul E. Davison

                                                       _____

                                                       PAUL E. DAVISON

                                                       United States Magistrate Judge