Case 7:20-cr-00253-NSR   Document 54   Filed 08/03/20   Page 1 of 1

**MEMO ENDORSED**

## CALHOUN & LAWRENCE, LLP
### ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**
___
REBECCA R. BROWN**
___
*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900
___
FAX (914) 946-5906

August 3, 2020

**BY ECF**
Hon. Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas St.
White Plains, NY  10601

Defendant's request for temporary modification of bail conditions is granted as set forth below. Defendant must provide specific travel details to the Pretrial Services Officer.  Clerk of the Court requested to terminate the motion (doc. 54).

Dated:  Aug. 3, 2020  SO ORDERED.

Nelson S. Román, U.S.D.J.

Re:   **United States v. Azeem Arif**
      **20 Cr. 253 (NSR) -02**

Dear Judge Román:

I am writing, with the consent of the Government and Pretrial Services, to request permission for Mr. Arif to travel to Ithaca and Niagara Falls, New York from August 14, through August 19, 2020, for a family trip.  Mr. Arif has been fully compliant with all of his pretrial release conditions since the commencement of this prosecution.

Thank you for the Court's consideration of this request.

Respectfully submitted,

Kerry A. Lawrence

KAL/kvm

cc:   AUSA Courtney Heavey (via e-mail)
      PTSO Jessica Killian (via e-mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/3/2020