**MEMO ENDORSED**

# CALHOUN & LAWRENCE, LLP
### ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*

KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

October 19, 2020

**BY ECF**
Hon. Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas St.
White Plains, NY  10601

> The Court grants Defendant Azeem Arif's request and directs the Pretrial Services Dep't to return to his passport. Defendant Arif's request to extend travel to include the states of Connecticut and New Jersey is also granted. Clerk of Court requested to terminate the motions (docs. 66 and 67).
> Dated: Oct. 19, 2020
> SO ORDERED:
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Re:   **United States v. Azeem Arif**
      20 Cr. 253 (NSR) -02

Dear Judge Román:

On October 7, 2020, Your Honor sentenced Azeem Arif. As Mr. Arif is now sentenced and has fully complied with all conditions of his pretrial release, we respectfully request that you authorize Pretrial Services to release Mr. Arif's passport.

Additionally, at sentencing the Court agreed to include Massachusetts and the entire State of New York as permissible travel during Probation. Mr. Arif had previously been granted extended travel to Connecticut and New Jersey during pretrial release and I inadvertently neglected to ask that those two states be included for Probation as well. None of these travel requests have ever been opposed by the Government. We request that the judgment of conviction include these additional states.

Thank you for your consideration.

Respectfully submitted,

Kerry A. Lawrence

Kerry A. Lawrence

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2020

KAL/kvm

cc:   AUSA Courtney Heavey (via ecf)